Marc V. Kalagian
Attorney at Law: 149034
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail:rk_sslaw@speakeasy.net

Attorneys for Plaintiff TONY DALTON

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
4/21/2011

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TONY DALTON,  Plaintiff, v. MICHAEL J. ASTRUE, Commissioner of Social Security.  Defendant. | Case No. CV 10-05172 JW  STIPULATION EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

TO THE HONORABLE JAMES WARE, DISTRICT JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 30 day extension of time, to and including May 16, 2011, in which to file Motion for Summary Judgment.

///
///
///
///

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issued presented.

DATE: April 14, 2011         Respectfully submitted,

                             ROHLFING & KALAGIAN, LLP


                             /s/ *Marc V. Kalagian*

                             BY: _____
                             Marc V. Kalagian
                             Attorney for plaintiff Tony Dalton


DATE:  April 14, 2011        MELINDA L. HAAG
                             United States Attorney
                             LUCILLE GONZALES MEIS, SBN CO 15153
                             Regional Chief, Region IX

                             /s/ *Armand D. Roth*

                             BY: _____
                             Armand D. Roth
                             Attorneys for defendant Michael Astrue
                             [*By email authorization]

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have until May 16, 2011 to file his Motion for Summary Judgment.


Dated: __April 21, 2011__         _____
                                  JAMES WARE
                                  United States DISTRICT   Judge