1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rk_sslaw@speakeasy.net
5
   Attorneys for Plaintiff
6  Tony Dalton

IT IS SO ORDERED

*Judge Edward J. Davila*

5/11/2011

7

8                **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
9                       **SAN JOSE DIVISION**

10

11

12  TONY DALTON,                    )  Case No.: CV 10-05172 EJD
                                    )
13              Plaintiff,          )  STIPULATION FOR DISMISSAL
                                    )
14        vs.                       )
                                    )
15  MICHAEL J. ASTRUE,              )
    Commissioner of Social Security,)
16                                  )
                Defendant.          )
17                                  )
    _____ )
18

19        TO THE HONORABLE EDWARD J. DAVILA, JUDGE          OF THE

20  DISTRICT COURT:

21        IT IS HEREBY STIPULATED by and between Tony Dalton ("Plaintiff")

22  and Michael J. Astrue as the Commissioner of Social Security

23

24  ///

25  ///

26  ///

-1-

1

2   ("Defendant"), that this matter be dismissed with prejudice, each party to bear its

3   own fees, costs, and expenses.

4   DATE: May 4, 2011              Respectfully submitted,

5                                 ROHLFING & KALAGIAN, LLP

6                                     /s/ *Marc V. Kalagian*

7                                 BY:_____
                                  Marc V. Kalagian

8                                 Attorney for plaintiff Tony Dalton

9   DATE: May 5, 2011

10                                MELINDA E. HAAG
                                  United States Attorney

11                                    /s/ *Armand D. Roth*

12                                _____
                                  Armand D. Roth

13                                Special Assistant United States Attorney
                                  Attorneys for Defendant Michael J. Astrue,

14                                Commissioner of Social Security
                                  (Per e-mail authorization)

15

16  PURSUANT TO STIPULATION, IT IS SO ORDERED  The  matter  is  dismissed

17  with prejudice, each party to bear its own fees, costs, and expenses.

18  The Clerk shall close this file.

19  DATE: May 11, 2011

20                                _____
                                  EDWARD J. DAVILA

21                                UNITED STATES DISTRICT JUDGE

22

23

24

25

26

                                        -2-